KALASHA ANGELIQUE HUGHES
1013 LAUREL DR
FLOWOOD, MS 39232

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

A1 PAYDAY LOANS
5319 I 55N FRONTAGE RD
JACKSON, MS 39206

ADVANCE AMERICA
1189 EAST COUNTY LINE
#1030
JACKSON, MS 39211

BAPTIST MEMORIAL HOSP
P.O. BOX 745336
ATLANTA, GA 30384-5336

BLEECKER BRODEY & ANDR
9247 N MERIDIAN ST
STE 101
INDIANAPOLIS, IN 46260

CENTRAL RESEARCH INC/D
CRI, ATTN: BANKRUPTCY
P.O. BOX 83106
LINCOLN, NE 68501

CITIZENS ONE
ATTN; BANKRUPTCY
ONE CITIZENS PLAZA
PROVIDENCE, RI 02903

COMMUNITY CHOICE FINAN
410 CHRISTINE DR
STE D
RIDGELAND, MS 39157

CREDIT COLLECTION
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

FINWISE BANK
P.O. BOX 565848
DALLAS, TX 75356

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

LENDMARK
ATTN: BANKRUPTCY
1735 N. BROWN RD
SUITE 300
LAWRENCEVILE, GA 30043

MONEY MAN
4239 N STATE ST
JACKSON, MS 39206

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

MUTUAL CREDIT UNION
PO BOX 25
VICKSBURG, MS 39181

NCB MANAGEMENT
ATTN: BANKRUPTCY
1 ALLIED DRIVE
TREVOSE, PA 19053

OPPLOANS
ATTN: BANKRUPTCY
P.O. BOX 5040
FREDERICKSBURG, VA 22403

REGIONAL FINANCE
805 S WHEATLEY ST
RIDGELAND, MS 39157

S&S RECOVERY
2814 STAGE CENTER DR
BARTLETT, TN 38134

SIMM ASSOCIATES
800 PENCADER DR.
NEWARK, DE 19702

SPEEDY CASH
3611 N. RIDGE RD.
WICHITA, KS 67205

UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803